# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO L. CASTILLO MIRANDA,<br><br>Petitioners,<br><br>v.<br><br>WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-00644-KES-EPG-HC<br><br>ORDER DIRECTING PARTIES TO FILE JOINT STATEMENT |

On February 25, 2026, the Court appointed counsel for Petitioner and directed the parties to file a joint statement regarding case management and a proposed briefing schedule within fourteen days (*i.e.*, by March 11, 2026). (ECF No. 15.) To date, no joint statement has been filed.

The parties SHALL FILE a joint statement regarding case management and a proposed briefing schedule on or before March 20, 2026.

IT IS SO ORDERED.

Dated:    **March 13, 2026**                    /s/ *Erin P. Grosy*
                                                        UNITED STATES MAGISTRATE JUDGE