HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
LAURA MYERS, IL Bar #6338417
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Petitioner
ALBERTO L. CASTILLO MIRANDA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO L. CASTILLO MIRANDA,<br><br>Petitioner,<br><br>vs.<br><br>WARDEN, GOLDEN STATE ANNEX, et. al.,<br><br>Respondents. | Case No. 1:26-cv-00644-KES-EPG (HC)<br><br>**JOINT STATEMENT REGARDING CASE MANAGEMENT; ORDER SETTING BRIEFING SCHEDULE** |

Pursuant to this Court's order, the parties have met and conferred regarding case management in the above-captioned case.  Due to changes in the status of Mr. Castillo's immigration case since the time of his original *pro se* petition, the parties agree that an amended petition would aid the Court in deciding the issues presented in this habeas litigation.  Accordingly, the parties recommend the following briefing schedule.

Amended Petition: March 27, 2026

Answer: April 10, 2026

Reply/Traverse: April 17, 2026

//

//

//

//

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: March 17, 2026          */s/ Katherine T. Lydon*
                             KATHERINE THERESA LYDON
                             Assistant United States Attorney
                             Attorney for Respondents

HEATHER E. WILLIAMS
Federal Defender

Date: March 17, 2026          */s/ Laura Myers*
                             LAURA MYERS
                             Assistant Federal Defender
                             Attorney for Petitioner
                             ALBERTO CASTILLO MIRANDA

2

**O R D E R**

Petitioner's amended petition is due March 27, 2026.  Respondents' answer to the amended petition is due April 10, 2026.  Petitioner's reply/traverse is due April 17, 2026.

IT IS SO ORDERED.

Dated:    **March 18, 2026**                    /s/ Erica P. Grosjean
                                                  UNITED STATES MAGISTRATE JUDGE