# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO L. CASTILLO MIRANDA, | Case No. 1:26-cv-00644-KES-EPG-HC |
| Petitioners, | ORDER GRANTING PETITIONER'S REQUEST FOR LEAVE TO FILE SUPPLEMENTAL OBJECTIONS |
| v. | |
| WARDEN OF THE GOLDEN STATE ANNEX DETENTION FACILITY, et al., | (ECF No. 26) |
| Respondents. | ORDER DIRECTING RESPONDENT TO FILE REPLY TO PETITIONER'S SUPPLEMENTAL OBJECTIONS |

Petitioner is an immigration detainee proceeding with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On June 2, 2026, the Court issued findings and recommendations recommending denial of the first amended petition. (ECF No. 24.) On June 16, 2026, Petitioner filed timely objections. (ECF No. 25.) On June 30, 2026, Petitioner filed the instant request for leave to file supplemental objections in light of subsequent developments—namely, the Ninth Circuit's stay of removal. (ECF No. 26.)

\\\

\\\

\\\

\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to file supplemental objections (ECF No. 26) is GRANTED; and

2. Respondents are DIRECTED to file a reply to the supplemental objections within FOURTEEN (14) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   **July 1, 2026**                    /s/ *Erica P. Grosjean*

UNITED STATES MAGISTRATE JUDGE